B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of South Carolina | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>American Screw & Rivet Corporation | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>57-0475491 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>One American Way<br>Anderson, South Carolina 29623<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Anderson<br>ZIP CODE 29623 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>P.O Box 5197<br>Anderson, South Carolina 29623<br><br><br><br>ZIP CODE 29623 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 | |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2       Name of Debtor __American Screw & Rive__

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Timothy S. Beck (Chief Credit Officer) | x /s/ L. Dwight Floyd    11/08/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Aquesta Bank    11/08/2010 | Parker Poe Adams & Bernstein LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 1201 Main Street, Suite 1450, Columbia, SC 29202 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Timothy S. Beck, 19510 Jetton Road, Cornelius, NC 28031 | (803) 255-8000 |
| | Telephone No. |
| x /s/ David O'Hara (Litigation/Special Collections Manager | x /s/ Everett A. Kendall, II    11/08/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| U.S. Bancorp Equipment Finance, Inc    11/08/2010 | Sweeny, Wingate & Barrow, P.A. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 1515 Lady Street, Columbia, SC 29211 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| David O'Hara, 13010 SW 86 Parkway, Ste 100, Portland, OR 97223 | (803) 256-2233 |
| | Telephone No. |
| x /s/ Jim Plack (President) | x /s/ Steven T. Moon    11/08/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| American Bank    11/08/2010 | Rogers Townsend & Thomas, PC |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 220 Executive Center Drive Columbia, SC 29210 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Jim Plack - 10th Floor, 4800 Montgomery Lane, Bethesda, MD 20814 | (803) 771-7900 |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Aquesta Bank (see address above) | Money Loaned | 790,607.82 |
| U.S. Bancorp Equipment Finance, Inc (see address above) | Money Loaned | 1,112,947.65 |
| American Bank (see address above) | Money Loaned | 533,395.12 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 4,905,116.17 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor __American Screw & Ri__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ David O'Hara (Litigation/Special Collections Manager) | x /s/ Everett A. Kendall, II                11/08/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| U.S. Bank, National Association        11/08/2010 | Sweeny, Wingate & Barrow, P.A. |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | 1515 Lady Street, Columbia, SC 29211 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| David O'Hara, 13010 SW 86 Parkway, Ste 100, Portland, OR 97223 | (803) 256-2233 |
| | Telephone No. |

| x /s/ Jeffrey C. Nix (Senior Vice President) | x /s/ James H. Cassidy                11/08/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Palmetto Bank            11/08/2010 | Roe Cassidy Coates & Price, PA |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | 1052 N. Church Street Greenville, SC  29601 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Jeffrey C. Nix, 301 Hillcrest Drive, Laurens, SC 29360 | (864) 349-2602 |
| | Telephone No. |

| x /s/ Edward J. Kitchen (Senior Vice President) | x /s/ David H. Koysza                11/08/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| The Huntington National Bank        11/08/2010 | Wyche Burgess Freeman & Parham, P.A. |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box 728, Greenville, SC 29602 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Edward Kitchen, 555 Southpointe Blvd, 2nd Fl Canonsburg, PA 15317 | (864) 242-8384 |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| U.S. Bank, National Association (see address above) | Money Loaned | 296,981.76 |
| Palmetto Bank (see address above) | Money Loaned | 1,085,591.91 |
| The Huntington National Bank (see address above) | Breach of Lease | 1,130,533.41 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims       4,905,116.17 |

_____ continuation sheets attached